UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JULIO CESAR MENDOZA CHAVEZ,
          Petitioner,

    v.

MICHAEL CHERTOFF, ET AL.,
          Respondents

CIVIL ACTION

NO. 05-11379-MLW

O R D E R

WOLF, D. J.

    On June 29, 2005, Petitioner, Julio Cesar Mendoza Chavez, an immigration detainee confined at the Suffolk County House of Corrections, filed a petition for a writ of habeas corpus under Section 2241. The $5.00 filing fee was paid and Petitioner is represented by counsel.

    ACCORDINGLY,

    (1) Petitioner's counsel shall serve a copy of this order and the petition by certified mail upon the respondent Gerard Horgan, Superintendent, Suffolk County House of Corrections; AND counsel for the Respondent: (i) the United States Attorney; AND (ii) Frank Crowley, Department of Homeland Security, Special Assistant United States Attorney, P.O. Box 8728, JFK Station, Boston, MA 02114 by certified mail AND

    (2) The Respondents shall file an answer or other responsive pleading within 20 days of receipt of the petition; AND

    (3) As part of the response, the Respondents shall advise whether this petition, or any portion thereof, should be transferred to a circuit court, pursuant to the REAL ID Act of 2005, and if so, which circuit court of appeals is the "appropriate" circuit court of appeals, as provided in the REAL ID ACT of 2005. The Respondent shall report as to the status of any prolonged detention claims raised in the petition.

SO ORDERED.

  6/30/05                              /s/ Mark L. Wolf
Date                                   MARK L. WOLF
                                       UNITED STATES DISTRICT JUDGE