IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JULIO CESAR MENDOZA CHAVEZ,<br>Plaintiff | ) | |
| | ) | |
| | ) | |
| V. | ) | CIVIL ACTION NO.05-11379 MLW |
| | ) | |
| MICHAEL CHERTOFF, as Secretary of the | ) | |
| Department Homeland Security; BRUCE | ) | |
| CHADBOURNE, Field Director for Detention | ) | EMERGENCY MOTION |
| and Removal, New England Field Office, | ) | FOR STAY OF REMOVAL AND |
| United States Immigration and Customs | ) | STAY OF TRANSFER |
| Enforcement; ANDREA J. CABRAL, Suffolk | ) | |
| County Sheriff; GERARD HORGAN, Superin- | ) | |
| tendent, Suffolk County House of Corrections; | ) | |
| MICHAEL GARCIA, Assistant Secretary, | ) | |
| United States Immigration and Customs | ) | |
| Enforcement; and ALBERTO GONZALES, | ) | |
| Attorney General of the United States | ) | |
| Defendants | ) | |

Julio Cesar Mendoza Chavez, Petitioner/Plaintiff, through his attorney, shows the Court

that he filed on June 29, 2005 a Complaint in the nature of a Verified Petition for a Writ of

Habeas Corpus,   Petitioner asks this Court through the writ to review his unlawful detention by

the Respondent/Defendants, to review the enforcement of an order of deportation that either was

discharged by reason of Petitioner's departure from the United States outside a period of

voluntary departure or else failed to arise by reason of Petitioner's departure from the United

States during a period of voluntary departure and to stay Petitioner's transfer from Boston,

Massachusetts to Oakdale, Louisiana and his removal from the United States.

Petitioner shows this Court that, as of June 29, 2005, he was held at the Suffolk County

House of Correction in the immediate custody of Respondent/Defendant Gerard Horgan,

*Allowed, defendant shall not remove plaintiff pending consideration by the court of its jurisdiction and shall file an opposition to the petition by July 7, 2005. [signature] 7/1/05*

Superintendent of the Suffolk County House of Correction, and of Respondent/Defendant

Andrea J. Cabral, Sheriff of Suffolk County, Massachusetts.

Petitioner shows this Court that Respondent/Defendant has stated that his office will

transfer Petitioner to an Immigration and Customs Enforcement detention facility in Oakdale,

Louisiana as early as June 30, 2005 in preparation for the removal of Petitioner to Honduras.

For the reasons set forth in Petitioner's Verified Petition, Petitioner seeks a stay of the

transfer and a stay of removal during the pendency of the proceedings herein.

Moreover, because the transfer and removal could occur at any time, Petitioner asks this

Motion to be heard on an emergency basis.

Petitioner prays the Court to set a time and date for the hearing forthwith.

Dated this 1st day of July, 2005.

Julio Cesar Mendoza Chavez, Petitioner

By:

Vard R. Johnson, BBO# 660137
Suite 210, 18 Tremont Street
Boston, Massachusetts 02108
　　1-617-557-1711
　　1-617-557-4711 (FAX)
　　vardinboston@verizon.net
　　Petitioner's Attorney

Certificate of Service

I, Vard R. Johnson, certify that a true copy of the above document was served upon the
United States Attorney for the District of Massachusetts by leaving a copy of the same at the
office of the United States Attorney for the District of Massachusetts, Moakley Courthouse, Suite
9200, 1 Courthouse Way, Boston, Massachusetts 02210 on July 1, 2005.

Vard R. Johnson