UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JULIO CESAR MENDOZA CHAVEZ, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>ALBERTO GONZALES, Attorney )<br>General of the United States, et al., )<br>)<br>Respondents. ) | Civil Action No.<br>05-11379-MLW |

**THE RESPONDENTS' MOTION TO DISMISS**

Pursuant to Fed. R. Civ. P. 12(b)(1), the Respondents move to dismiss this action for lack of subject matter jurisdiction pursuant to the jurisdiction stripping provisions of the REAL ID Act of 2005, Pub. L. No. 109-13, Div. B, 119 Stat. 231 ("RIDA").

In support of this motion, the Respondents submit the attached memorandum of law.

Wherefore, Respondents request that the Petition be dismissed for lack of subject matter jurisdiction.

        Respectfully submitted,
        MICHAEL J. SULLIVAN
        United States Attorney

        /s/ Mark J. Grady
        Mark J. Grady, Assistant U.S. Attorney
        United States Attorney's Office
        John Joseph Moakley Courthouse
        One Courthouse Way
        Boston, MA 02210
        (617) 748-3100

Certificate of Compliance

I hereby certify that I contacted counsel for the Petitioner regarding the relief sought by way of this motion.

        /s/ Mark J. Grady
        Mark J. Grady, Assistant U.S. Attorney