IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JULIO CESAR MENDOZA CHAVEZ,<br>      Plaintiff<br><br>V.<br><br>MICHAEL CHERTOFF, as Secretary of the Department Homeland Security; BRUCE CHADBOURNE, Field Director for Detention and Removal, New England Field Office, United States Immigration and Customs Enforcement; ANDREA J. CABRAL, Suffolk County Sheriff; GERARD HORGAN, Superintendent, Suffolk County House of Corrections; MICHAEL GARCIA, Assistant Secretary, United States Immigration and Customs Enforcement; and ALBERTO GONZALES, Attorney General of the United States<br>      Defendants | CIVIL ACTION NO.05-11379 MLW<br><br>MOTION FOR EXTENSION<br>OF TIME TO RESPOND |

    Plaintiff Julio Cesar Mendoza Chavez, through his attorney, Vard R. Johnson, herewith moves the Court for an order extending Plaintiff's time to respond to Defendants' Motion to Dismiss to July 20, 2005. In support of this Motion, Plaintiff shows the Court as follows:

    1.    Defendants filed with the Court on July 6, 2005 their Motion to Dismiss, claiming this Court lacked jurisdiction over Plaintiff's case.

    2.    Plaintiff's attorney, Vard R. Johnson, will be on vacation in Minnesota from July 8 through July 15, 2005 and is not able respond to the Motion within seven days after it was filed without skipping part of the planned vacation period.

    3.    Plaintiff's attorney asked Assistant United States Attorney Mark Grady if he had

any objection to an extension of response time to July 20, 2005.  Mr. Grady stated that he had no objection to the extension.   Mr. Grady also represented that the Government would not remove Plaintiff from the United States within the next thirty days.

Wherefore, Plaintiff respectfully requests the Court to extend Plaintiff's time to respond to Defendants' Motion to Dismiss to July 20, 2005.

Julio Cesar Mendoza Chavez, Plaintiff


By    /s/ Vard R. Johnson
Vard R. Johnson, BBO # 660137
Suite 210, 18 Tremont Street
Boston, Massachusetts 02108
1-617-557-1711
1-617-557-4711 FAX
vardinboston@verizon.net

### Certificate of Compliance

I certify that I contacted counsel for the Defendants regarding the relief sought by way of this Motion.

/s/   Vard R. Johnson
Vard R. Johnson, Plaintiff's Attorney