UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JULIO CESAR MENDOZA CHAVEZ, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>ALBERTO GONZALES, Attorney )<br>General of the United States, et al., )<br>)<br>Respondents. ) | Civil Action No.<br>05-11379-MLW |

**APPEARANCE**

Please enter my appearance on behalf of the Respondents.

                                            Respectfully submitted,
                                            MICHAEL J. SULLIVAN
                                            United States Attorney

                                            /s/ Mark J. Grady
                                            Mark J. Grady, Assistant U.S. Attorney
                                            United States Attorney's Office
                                            John Joseph Moakley Courthouse
                                            One Courthouse Way
                                            Boston, MA 02210
                                            (617) 748-3100