IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JULIO CESAR MENDOZA CHAVEZ,<br>    Plaintiff<br><br>V.<br><br>MICHAEL CHERTOFF, as Secretary of the<br>Department Homeland Security; BRUCE<br>CHADBOURNE, Field Director for Detention<br>and Removal, New England Field Office,<br>United States Immigration and Customs<br>Enforcement; ANDREA J. CABRAL, Suffolk<br>County Sheriff; GERARD HORGAN, Superin-<br>tendent, Suffolk County House of Corrections;<br>MICHAEL GARCIA, Assistant Secretary,<br>United States Immigration and Customs<br>Enforcement; and ALBERTO GONZALES,<br>Attorney General of the United States<br>    Defendants | CIVIL ACTION NO.05-11379 MLW<br><br>MOTION FOR DECISION<br>REGARDING DETENTION<br>AND FOR EXPEDITED HEARING |

    Plaintiff Julio Cesar Mendoza Chavez, through his attorney, Vard R. Johnson, shows the Court that Plaintiff filed with the Immigration Court on August 23, 2005 in New York City a Motion for the Immigration Court to reopen the proceedings that had resulted in the deportation orders which Defendants assert as their authority for the detention of the Plaintiff.. On September 21, 2005 the Immigration Court in New York City reopened the proceedings. Attached is a copy of the order to reopen.

    With the reopening of the proceedings before the Immigration Court, there are no final orders of deportation. Defendants lack authority to continue Plaintiff in detention pursuant to any purported final order of deportation.

Defendants have held Plaintiff in detention since June 14, 2005. Plaintiff requests an immediate determination of the continuing authority of Defendants to hold Plaintiff in detention and an expedited hearing on this Motion.

Julio Cesar Mendoza Chavez, Plaintiff

By   /s/ Vard R. Johnson
Vard R. Johnson, BBO # 660137
Suite 210, 18 Tremont Street
Boston, Massachusetts 02108
1-617-557-1711
1-617-557-4711 FAX
vardinboston@verizon.net

Certificate of Compliance

I certify that on September 22, 2005 I contacted counsel for the Defendants regarding the relief sought by way of this Motion.

/s/   Vard R. Johnson
Vard R. Johnson, Plaintiff's Attorney

U.S. DEPARTMENT OF JUSTICE
Executive Office for Immigration Review
Office of the Immigration Judge

In the Matter of:    Case No.: A 22 555 807

Mendoza-Chavez, Julio Cesar    Docket: Deportation NYC

RESPONDENT/APPLICANT    IN Deportation PROCEEDINGS

ORDER OF THE IMMIGRATION JUDGE

Upon consideration of respondent's/applicant's

☐ Motion to Reconsider an Immigration Judge's decision
☑ Motion to Reopen proceedings

filed in the above entitled matter, it is HEREBY ORDERED that the motion

☑ be granted.
☐ be denied for the reasons indicated in the attached decision.

_____
Immigration Judge

Date: 9-20-05

Appeal: RESERVED/WAIVED ( A / I / B )

Form EOIR - 2
Printed on Recycled Paper REV. - JUNE 03