IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JULIO CESAR MENDOZA CHAVEZ,<br>Plaintiff | )<br>)<br>) |
| V. | )<br>) |
| | ) CIVIL ACTION NO.05-11379 MLW<br>) |
| MICHAEL CHERTOFF, as Secretary of the<br>Department Homeland Security; BRUCE<br>CHADBOURNE, Field Director for Detention<br>and Removal, New England Field Office,<br>United States Immigration and Customs<br>Enforcement; ANDREA J. CABRAL, Suffolk<br>County Sheriff; GERARD HORGAN, Superin-<br>tendent, Suffolk County House of Corrections;<br>MICHAEL GARCIA, Assistant Secretary,<br>United States Immigration and Customs<br>Enforcement; and ALBERTO GONZALES,<br>Attorney General of the United States<br>Defendants | )<br>)  STIPULATION FOR DISMISSAL<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

   Comes now the Plaintiff Julio Cesar Mendoza Chavez, by and through his attorney, Vard R. Johnson, and requests the Court to dismiss the above-entitled action without prejudice.  On September 20, 2005, the Immigration Court in New York City reopened the proceedings that had generated the orders by which Defendants claim their initial authority to detain the Plaintiff, on October 7 and 11, 2005, the Bureau of Immigration and Customs Enforcement and the Immigration Court in Boston, respectively, set bonds to allow Plaintiff to secure his release from detention during the pendency of such reopened proceedings, and on October 12, 2005, Defendants released Plaintiff from detention as Plaintiff caused the requisite bond to be posted.   With these actions, Plaintiff no longer needs the relief he sought with his Petition for

Habeas Corpus.

Dated this 13th day of October 2005.

Julio Cesar Mendoza Chavez, Plaintiff

By   /s/ Vard R. Johnson
Vard R. Johnson, BBO # 660137
Suite 210, 18 Tremont Street
Boston, Massachusetts 02108
1-617-557-1711
1-617-557-4711 FAX
vardinboston@verizon.net

Certificate of Compliance

I certify that I contacted counsel for the Defendants regarding the relief sought by way of this Stipulation for Dismissal.

/s/   Vard R. Johnson
Vard R. Johnson, Plaintiff's Attorney